# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

157581(52)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CLIFFORD DURELL McKEE,
     Defendant-Appellant.

_____/

SC: 157581
COA: 336598
Jackson CC: 15-002787-FC

     On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 23, 2021.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020



Clerk